# EXHIBIT #7

**Ladias, Eleny**

| | |
|---|---|
| **From:** | Boss, Larry A |
| **Sent:** | Wednesday, July 02, 2008 11:08 AM |
| **To:** | Ladias, Eleny |
| **Cc:** | Meiss, Steven E; Richardson, Elmore; McMullin, David |
| **Subject:** | RE: IL002 - CHA - 3-year-old is fatally hurt in Cabrini-Green |

Inspection #288024 was conducted at the Cabrini Rowhouses on 12/3/2007.  CHA certified on 12/14/2007. Unfortunately, this situation with the gate is not considered a life threatening violation, according to REAC's inspection summary report, therefore, it is not monitored by PIH or addressed in CHA's certification submittals.

However, in the report the fencing and gates were listed as falling, leaning, missing sections, and missing hardware.

L.A.Boss

---

**From:** Ladias, Eleny
**Sent:** Tue 7/1/2008 10:46 AM
**To:** Boss, Larry A
**Subject:** RE: IL002 - CHA - 3-year-old is fatally hurt in Cabrini-Green

Larry,

 The REAC inspection indicated that this site had E&H violations when it was inspected on 12/07.  Did CHA certify to that these EHS repairs were completed?  (Please read the article below).  Also, please check our records and let me know what you find out.  It is important that I get this information today.

Eleny

---

**From:** McMullin, David
**Sent:** Tuesday, July 01, 2008 6:26 AM
**Subject:** IL002 - CHA - 3-year-old is fatally hurt in Cabrini-Green

www.chicagotribune.com/news/local/chi-chajul01,0,6635093.story

# chicagotribune.com

## Gate that fell and killed child fails inspection

### 3-year-old is fatally hurt in Cabrini-Green

By Sara Olkon

Chicago Tribune reporter

10:32 PM CDT, June 30, 2008

Affidavit _B_
Page _131_ of _156_

A Hachment
#7

1

00306