# EXHIBIT #9

**Acts of Reprisal**

Larry A. Boss
1/10/2008

Thanks,
Caroline

---

**From:** Clayton, Caroline C
**Sent:** Friday, August 24, 2007 12:48 PM
**To:** Meiss, Steven E; Davis, Donica L; DePaula, Edward T; Thumar, Balu K; Boeddeker, Andrew L.; Kucen, Karl H; Armstrong, Diana; Niesz, John G; Caravello, Robert; Uviedo, Joseph A; Villanueva, Ruben
**Cc:** Melvin, Clamentine V
**Subject:** closing out HOPE VI Demolition grants

The table below includes some of the HOPE VI Demolition Grants that have begun, but not completed, the close-out process. A pre-audit date has been entered into LOCCS, but grants are not completely closed out until a post-audit date has also been entered. (There are several grants like this... we're focusing on these first because there are funds that will be returned upon close-out that may be recycled into new grants).

Please work with the grantees in your jurisdiction to finish closing out the grants in accordance with the HOPE VI grant close-out procedures. I have attached a copy for your convenience and this document is also posted on the Demolition grants section of the HOPE VI web site. Ideally this should be completed before the end of the fiscal year.

| PHA | Development | Grant Number | Pre-Audit Date |
|---|---|---|---|
| Chicago, IL | Madden Park Houses | IL06URD002D700 | 10/5/2005 |
| Chicago, IL | Lawndale | IL06URD002D600 | 10/5/2005 |
| East Orange, NJ | Arcadian Gardens | NJ39URD050D102 | 3/9/2005 |
| Fayetteville, TN | Scales Heights (A) | TN43URD014D102 | 9/13/2005 |
| Jackson, TN | Parkview Courts | TN43URD007D203 | 11/30/2005 |
| Kansas City, KS | Juniper Gardens-125 | KS16URD001D101 | 9/22/2005 |
| Memphis, TN | Cypresswood Estates | TN43URD001D402 | 1/18/2005 |
| Memphis, TN | Horn Lake Apartments | TN43URD001D302 | 1/18/2005 |
| Pharr, TX | Pharr | TX59URD073D198 | 2/18/2005 |
| Tallahassee, FL | Ebony Gardens | FL29URD073D103 | 8/29/2006 |

CHA

Please call me if you have any questions.

Thanks,
Caroline

Office of Public Housing Investments
451 7th St SW Room 4130
Washington, DC 20410
(202) 402-5461
fax (202) 401-2370
Caroline.C.Clayton@hud.gov

HQ

Case: 1:12-cv-06007 Document #: 48-1 Filed: 10/22/13 Page 3 of 12 PageID #:1032

From: CHA Budget Management  312 786 3601  10/ /2007 11:57  #765 P.008/011



**U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT**

Illinois State Office
77 W. Jackson Blvd.
Chicago, Illinois 60604-3507

OFFICE OF PUBLIC HOUSING

Phone: (312) 353-1915  Fax: (312) 886-4060

FEB - 2 2006

Mr. Terry Peterson, Chief Executive Director
Chicago Housing Authority
626 West Jackson Boulevard
Chicago, Illinois 60661

Dear Mr. Peterson:

Attention: Mr. Jerome Gay

SUBJECT: **Preliminary Closeout** of HOPE VI Program
IL06URD002-D700--$1,082,146.66
reduced from $1,090,000.00

We have reviewed your correspondence transmitting form HUD-53001-A, Actual HOPE VI Cost Certificate (AHVICC) for the subject program in the amount of $1,082,146.66 reduced from $1,090,000.00.

The documents comply with the provisions of Chapter 10 of the Comprehensive Grant Guidebook 7485.3G, as revised, and are approvable **subject to verification in your next fiscal audit**. A copy of the AHVICC is enclosed for your use.

If further information or assistance is required, please call Mr. Larry Kobb at (312) 353-1915, ext. 2336.

Sincerely,

Linford Coleman, Director
Office of Public Housing
Illinois State Office

Enclosures:

RECEIVED FEB - 6 2006 EXECUTIVE OFFICE

EXHIBIT-1

Visit our Illinois World Wide Web site via http://www.hud.gov/illinois.html

112

AFFIDAVIT A
47 OF 110



U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

Illinois State Office
77 W. Jackson Blvd.
Chicago, Illinois 60604-3507

OFFICE OF PUBLIC HOUSING

Phone: (312) 353-1915  Fax: (312) 886-4060

FEB - 1 2006

Mr. Terry Peterson, Chief Executive Director
Chicago Housing Authority
626 West Jackson Boulevard
Chicago, Illinois 60661

Dear Mr. Peterson:

Attention: Mr. Jerome Gay

SUBJECT: **Preliminary Closeout** of HOPE VI Program
IL06URD002-D600--$934,410.34
reduced from $935,000.00

We have reviewed your correspondence transmitting form HUD-53001-A, Actual HOPE VI Cost Certificate (AHVICC) for the subject program in the amount of $934,410.34 reduced from $935,000.00.

The documents comply with the provisions of Chapter 10 of the Comprehensive Grant Guidebook 7485.3G, as revised, and are approvable **subject to verification** in your next fiscal audit. A copy of the AHVICC is enclosed for your use.

If further information or assistance is required, please call Mr. Larry Kobb at (312) 353-1915, ext. 2336.

Sincerely,

Linford Coleman, Director
Office of Public Housing
Illinois State Office

Enclosures:

RECEIVED FEB - 3 2006 EXECUTIVE OFFICE

Exhibit 2

*From HQ*

**Ladias, Eleny**

| | |
|---|---|
| **From:** | Dalzell, Robert D |
| **Sent:** | Tuesday, February 24, 2009 3:25 PM |
| **To:** | Meiss, Steven E; Ladias, Eleny; Richardson, Elmore |
| **Subject:** | CHA reporting in LOCCS |
| **Importance:** | High |

Steve, Eleny and Elmore, could you please get CHA to start reporting obligations/expenditures in LOCCS? My colleague is about to lock all their Capital Fund grants in accordance with her normal procedures. I am running out of capital to hold her off. -RD

Affidavit _B_
Page _78_ of _156_

Attachments #5A

1

00253

Ladias, Eleny

## Ladias, Eleny

| | |
|---|---|
| **From:** | Dalzell, Robert D |
| **Sent:** | Wednesday, March 04, 2009 5:35 PM |
| **To:** | 'Warren, Kris'; Meiss, Steven E; Ladias, Eleny |
| **Cc:** | Pour, Ivan M |
| **Subject:** | LOCCS grant issues |

Kris, Steve, et. al. thanks for your efforts in terms of getting CHA's LOCCS reporting up to speed. It looks like CHA is almost there. My colleague, Regina McGill, did spot two grants that still don't have all of the reporting required. They are IL06P002711-99 and IL06R002501-00. Could you all check on these two grants so that we can cross this off our "to do" lists? Thanks for your help on this and great progress. -RD

Affidavit B
Page 29 of 156

Attachments
# 5A

1

00254

Case: 1:12-cv-06007 Document #: 48-1 Filed: 10/22/13 Page 7 of 12 PageID #:1036

## Ladias, Eleny

| | |
|---|---|
| **From:** | Evans-Peterson, Cheryl |
| **Sent:** | Monday, January 12, 2009 3:23 PM |
| **To:** | 'McGuire, Tonnie' |
| **Cc:** | Ladias, Eleny; Spearman, William B; 'Moore, Michael'; 'Gurgone, Michael'; 'Grady, Kathleen' |
| **Subject:** | RE: Late Obligation/Expenditure Updates |

Hi Tonnie,

If you can get us the information we will input the data. You can forward the information to my attention.

Cheryl

---

**From:** McGuire, Tonnie [mailto:TMcGuire@thecha.org]
**Sent:** Monday, January 12, 2009 2:39 PM
**To:** Evans-Peterson, Cheryl
**Cc:** Ladias, Eleny; Spearman, William B; Moore, Michael; Gurgone, Michael; Grady, Kathleen
**Subject:** RE: Late Obligation/Expenditure Updates

Hi Cheryl, missed your call on Friday. Our CFO (Elias Rosario) is the only person that can grant Kathleen access in updating the obligations in LOCCS. Elias has not been granted access yet. Until Elias is granted access we have to work with someone from the local office in updating the obligations. I can acquire the information from April 2007 but we cannot update. This is the best we can do right now. Will Larry Boss be the engineer for CHA?

-----Original Message-----
**From:** Evans-Peterson, Cheryl [mailto:Cheryl.EvansPeterson@hud.gov]
**Sent:** Wednesday, January 07, 2009 3:11 PM
**To:** McGuire, Tonnie
**Cc:** Ladias, Eleny; Evans-Peterson, Cheryl; Spearman, William B
**Subject:** FW: Late Obligation/Expenditure Updates

Hi Tonnie,

This is a follow up to my 12/29/08 email. CHA is still appearing on our reports regarding the need to report the proper obligation rate and actual expenditures in eloccs. There are a total of six (6) grants, which are under the 90% reporting. Time is of the essence and we want to work with you in getting this resolved immediately. The grants are listed below:

IL06P002-501-06 (89% obligated)   IL06R002-501-05 (75% obligated)   IL06R002-501-06 (25% obligated)
IL06R002-502-05 (82% obligated)   IL06R002-502-06 (45% obligated)

Did someone get assigned the role in eloccs to perform the obligation/expenditure information yet? This should be done as soon as possible. Are you able to recapture the funding history from April of 2007 to current on all of your grants? Let us know what we can do to assist you in expediting this matter.

Please update us as soon as possible.

Affidavit B
Page 80 of 156

Attachments #5A

1

00255

Cheryl

---

**From:** Evans-Peterson, Cheryl
**Sent:** Monday, December 29, 2008 6:41 AM
**To:** 'McGuire, Tonnie'
**Cc:** Evans-Peterson, Cheryl
**Subject:** RE: Late Obligation/Expenditure Updates

Hi Tonnie,

I spoke with a co-worker, who informed me that you should be able to perform the obligation and expenditure function in eloccs, if someone has been assigned the role. Did anyone ever get assigned the function? When you and Kathleen came over to our office we discussed someone being assigned the role to enter this information for updating in the future.

I will look to hear from you.

---

**From:** McGuire, Tonnie [mailto:TMcGuire@thecha.org]
**Sent:** Friday, December 26, 2008 12:44 PM
**To:** Evans-Peterson, Cheryl; Moore, Michael
**Cc:** Ladias, Eleny; Boss, Larry A; McGuire, Tonnie
**Subject:** RE: Late Obligation/Expenditure Updates

Hi Cheryl, I will give you a call today.

-----Original Message-----
**From:** Evans-Peterson, Cheryl [mailto:Cheryl.EvansPeterson@hud.gov]
**Sent:** Wednesday, December 24, 2008 10:30 AM
**To:** McGuire, Tonnie; Moore, Michael
**Cc:** Ladias, Eleny; Boss, Larry A; Evans-Peterson, Cheryl
**Subject:** Late Obligation/Expenditure Updates

Hi Tonnie,

Larry Boss and I just sat together to see if we could begin entering in the obligation and expenditure information starting at December 2008 but have discovered the system will not let us start at December 2008. We have to begin inputting the data from April 2007 moving forward by month. Would you by chance have the monthly obligation/expenditure information dating back to April 2007 thru December 2008? We need the information for every month. Please let us know what information you can come up with for us to use by month.

Contact me as soon as possible for we can discuss. Thanks

Affidavit _B_
Page _81_ of _156_

Attachments #5A

2

00256

**Ladias, Eleny**

| | |
|---|---|
| **From:** | Dalzell, Robert D |
| **Sent:** | Tuesday, February 24, 2009 4:43 PM |
| **To:** | Ladias, Eleny |
| **Cc:** | Evans-Peterson, Cheryl; Spearman, William B; Meiss, Steven E; Richardson, Elmore |
| **Subject:** | RE: Late Obligation/Expenditure Updates |

Thanks for anything that you can do – you may want to tell them that they are basically out of time on this. -RD

---

**From:** Ladias, Eleny
**Sent:** Tuesday, February 24, 2009 5:16 PM
**To:** Dalzell, Robert D
**Cc:** Evans-Peterson, Cheryl; Spearman, William B; Meiss, Steven E; Richardson, Elmore
**Subject:** FW: Late Obligation/Expenditure Updates

Robert,

We have been working with CHA to update their CFP obligation/expenditure information for months. As I recall, we even provided training to the CHA staff back in October 2008. Also, we have sent them many e-mails regarding this topic. See Cheryl's messages to CHA below dated December 29, 2008 and January 7, 2009. Anyway, neither Cheryl nor Bill are in the office right now, but I will check with Cheryl tomorrow to see if she ever heard back from CHA (with regards to someone being assigned this function). Also, we will work with them again to get their CFP info updated.

Eleny Ladias

---

**From:** Evans-Peterson, Cheryl
**Sent:** Wednesday, January 07, 2009 3:11 PM
**To:** 'McGuire, Tonnie'
**Cc:** Ladias, Eleny; Evans-Peterson, Cheryl; Spearman, William B
**Subject:** FW: Late Obligation/Expenditure Updates

Affidavit _B_
Page _83_ of _156_

Hi Tonnie,

This is a follow up to my 12/29/08 email. CHA is still appearing on our reports regarding the need to report the proper obligation rate and actual expenditures in eloccs. There are a total of six (6) grants, which

1

00257

Attachments #5A

 

are under the 90% reporting. Time is of the essence and we want to work with you in getting this resolved immediately. The grants are listed below:

IL06P002-501-06 (89% obligated)  IL06R002-501-05 (75% obligated)  IL06R002-501-06 (25% obligated)  IL06R002-502-05 (82% obligated)  IL06R002-502-06 (45% obligated)

Did someone get assigned the role in eloccs to perform the obligation/expenditure information yet? This should be done as soon as possible. Are you able to recapture the funding history from April of 2007 to current on all of your grants? Let us know what we can do to assist you in expediting this matter.

Please update us as soon as possible.

Cheryl

---

**From:** Evans-Peterson, Cheryl
**Sent:** Monday, December 29, 2008 6:41 AM
**To:** 'McGuire, Tonnie'
**Cc:** Evans-Peterson, Cheryl
**Subject:** RE: Late Obligation/Expenditure Updates

Hi Tonnie,

I spoke with a co-worker, who informed me that you should be able to perform the obligation and expenditure function in eloccs, if someone has been assigned the role. Did anyone ever get assigned the function? When you and Kathleen came over to our office we discussed someone being assigned the role to enter this information for updating in the future.

I will look to hear from you.

---

**From:** McGuire, Tonnie [mailto:TMcGuire@thecha.org]
**Sent:** Friday, December 26, 2008 12:44 PM
**To:** Evans-Peterson, Cheryl; Moore, Michael
**Cc:** Ladias, Eleny; Boss, Larry A; McGuire, Tonnie
**Subject:** RE: Late Obligation/Expenditure Updates

Hi Cheryl, I will give you a call today.

>-----Original Message-----
>**From:** Evans-Peterson, Cheryl [mailto:Cheryl.EvansPeterson@hud.gov]
>**Sent:** Wednesday, December 24, 2008 10:30 AM
>**To:** McGuire, Tonnie; Moore, Michael
>**Cc:** Ladias, Eleny; Boss, Larry A; Evans-Peterson, Cheryl
>**Subject:** Late Obligation/Expenditure Updates
>
>Hi Tonnie,

Affidavit _B_
Page _83_ of _156_

2

00258

Attachments #5A

Larry Boss and I jus．．together to see if we could begin ente．．．．g in the obligation and expenditure information starting at December 2008 but have discovered the system will not let us start at December 2008. We have to begin inputting the data from April 2007 moving forward by month. Would you by chance have the monthly obligation/expenditure information dating back to April 2007 thru December 2008? We need the information for every month. Please let us know what information you can come up with for us to use by month.

Contact me as soon as possible for we can discuss. Thanks

Cheryl Evans-Peterson
**Financial Analyst**
**Illinois State Office of Public Housing**
**312-353-1915, extension 2327**



Affidavit __B__
Page __84__ of __156__

Attachments
#54

3

00259



U.S. DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT

Chicago Regional Office
77 W. Jackson Blvd.
Chicago, Illinois 60604-3507

OFFICE OF PUBLIC HOUSING

Phone: (312) 353-1915   Fax: (312) 886-4060

NOV 2 4 2008

Mr. Lewis Jordan, Chief Executive Officer
Chicago Housing Authority
60 East Van Buren
Chicago, Illinois 60605

RECEIVED DEC - 1 2008 EXECUTIVE OFFICE

SUBJECT: Management Decision -- Chicago Housing Authority
Fiscal Year End (FYE) -- 12/31/07
Independent Public Accountant (IPA) Audits

Dear Mr. Jordan:

The Illinois State Office of Public Housing has not received your Fiscal Year (FY) 2007 audit report. The submission of your audit report is very important and is required in accordance with OMB Circular A-133 (Compliance Supplement).

In accordance with HUD's Uniform Financial Reporting Standards rule, a PHA is required to submit its financial statement annually, prepared in accordance with Generally Accepted Accounting Principles (GAAP) in an electronic form specified by HUD. The audited financial statement is due nine months after your fiscal year end (24 CFR Section 5.801). However, we also require that you submit a hard copy of your FY 2007 audit of all HUD programs to the field office.

Therefore, please submit a hard copy of your FY 2007 audit within 15 calendar days from the date of this letter.

Should you have any questions or concerns concerning the above subject, please call Ms. Belinda B. Francisco, IPA Audit Coordinator, at (312) 353-1915, extension 2328 or Ms. Jacqueline Ellison, Program Assistant, at (312) 353-1915, extension 2347.

Sincerely,

Steven E. Meiss, Director
Illinois State Office of Public Housing
Region V

Visit our Illinois World Wide Web site via http://www.hud.gov/illinois.html