# EXHIBIT #24

---

**From:** Ladias, Eleny
**Sent:** Tuesday, October 21, 2008 12:16 PM
**To:** Boss, Larry A
**Cc:** Meiss, Steven E
**Subject:** Re: Explanation

Larry,
 I reviewed the revised medical certification you submitted and find that it exacerbates the entire situation. I do not refute the physician's statement that a CT scan was conducted on Monday, 9-15-08. The issue at hand is that you were given a written Direct Order to perform the HOPE VI review. The Direct Order was issued to you after weeks of you arguing with me because you did not want to do the review. You were instructed to bring detailed medical certification that certified you **must** be off work on that particular week. The revised certification that you submitted stated a CT scan was done and you explained below that the discrepancy in the dates were because of a misunderstanding of the days you requested to be off. In light of the Direct Order you received, it did not satisfy that you had to have the CT done on that day. Furthermore, we could have made arrangements for you to attend the HOPE VI review the rest of the week (Tuesday- Friday). Also, I noted that you made no attempt to prepare for the review since it was assigned on August 18, 2008. The AWOL charged for the two days will remain. You have already received a Letter of Warning regarding the failure to follow instructions. Therefore, I will consider the matter to be closed.

                                                                                                  Eleny

---

**From:** Ladias, Eleny
**Sent:** Friday, October 17, 2008 3:51 PM
**To:** Boss, Larry A
**Subject:** Re: Explanation

Larry,
 I retrieved your medical certification from my inbox on October 15th, 2008. It is currently being reviewed, in addition to your message below. I will provide a response to you on Tuesday, October 21, 2008 when I return to the office.

                                                                                                  Eleny

---

**From:** Boss, Larry A
**Sent:** Wednesday, October 15, 2008 3:41 PM
**To:** Ladias, Eleny
**Subject:** Re: Explanation

I have submitted the requested information and placed it in your "in-box".

The initial request was misinterpreted by the physician's assistance - she relayed the info incorrectly to Dr. Sisbarro.

                                                                         Affidavit __A__
                                                                         Page _27_ of _100_

 

She assumed I would be off two days when I told her I would return to work on September 17, 2008. She didn't know
I was teleworking on Tuesday – that accounts for the misunderstanding.

Please let me know if this is adequate.

L. Boss

---

**From:** Ladias, Eleny
**Sent:** Friday, October 10, 2008 3:31 PM
**To:** Boss, Larry A
**Subject:** Re: Explanation

Larry,

You were charged with AWOL for pay period #19, for departing work 45 minutes early on September 19, 2008. Mr. Meiss in an e-mail message on 9/29/08 offered you the opportunity to cover the absence with leave. You refused to provide the leave slip and was issued a Letter of Warning and notified of the charge of AWOL. The AWOL has been entered into the record and properly recorded in the payroll system. You now indicate that upon further reflection you want to submit the leave slip. At this point, I am not inclined to remove the AWOL and therefore, I am returning your leave slip.

Additionally, you requested more information regarding the medical certification you provided on Monday, September 22nd, 2008. The medical certification you provided did not adequately support that you were absolutely required to be off work on 9/15 & 9/16. As you know, you continually argued with me for several weeks about assigning you to perform the HOPE VI review that was scheduled for the week of September 15th, 2008. You presented medical certification after you had received a Direct Order to complete the review. You were very clear that you did not want to complete this assignment. You were advised that if you submitted medical certification it must be very clear that you were **required** to be off work and **unable** to work during that week of September 15th, 2008. In addition to the above reasons, the certification I received is suspect for the following reasons; 1. the words on the certification "has been examined by me on" were crossed out, so it is unclear whether this certification was signed by an examining physician and whether you were examined. 2. the certification stated that you were unable to work 9/15 and 9/16 and that you could return to work on 9/17, however, on 9/16, I received an e-mail at 6:36pm Tuesday evening from you, saying that you were teleworking that day; this is in direct contradiction to what the certification stated. Therefore, because you had received a Direct Order to perform your duties and your medical certification is unclear; you will need to provide medical certification that supports the above. Your medical certification must be very detailed and adequately explain why you were unable to work on 9/15 or 9/16. Further, **the dates that you were unable to work should be clearly stated.** Again, this certification must be on original letter head with an original signature.

Eleny

---

**From:** Boss, Larry A
**Sent:** Friday, October 03, 2008 4:00 PM
**To:** Ladias, Eleny
**Cc:** Meiss, Steven E
**Subject:** RE: Re: Explanation

Upon further reflection, I have decided to fill out the leave request for the forty five minutes. Also, there will be a leave request submitted for today for one hour. Regarding the Doctor's Certification, we're not clear on what it is that you want. In the email you requested that the medical certification be submitted on original letterhead with an original signature. I think I

Affidavit A
Page 28 of 100