# EXHIBIT #25

**From:** Harvey, Izella
**Sent:** Tuesday, September 15, 2009 12:56 PM
**To:** Ladias, Eleny
**Subject:** RE: Telework

I noticed t hat he didn't contact IT until September 9th. This means that he didn't have access back in July when you first questioned him about. Check with IT and have them explain the CISCO VPN Connectivity to see if using this system will allow access to all of the programs you need in PH. Ask about the difference between that and HUD Mobile.

Also what systems are the other HUD employees using in PH that telework?


**From:** Ladias, Eleny
**Sent:** Tuesday, September 15, 2009 12:17 PM
**To:** Harvey, Izella
**Subject:** FW: Telework

Here is a message I received from Larry Boss.

**From:** Boss, Larry A
**Sent:** Monday, September 14, 2009 5:52 PM
**To:** Ladias, Eleny
**Cc:** Meiss, Steven E; 'James Fuchs'
**Subject:** RE: Telework

I have access to HUD systems – please read the helpdesk reply. This Laptop was just upgraded because they've changed to the CISCO VPN Connectivity (one of the requirements for telework).

It's quite obvious you want to take Telework from me. This has nothing to do with any work items.

I will file another grievance.

L.Boss



**From:** Ladias, Eleny
**Sent:** Monday, September 14, 2009 5:34 PM
**To:** Boss, Larry A
**Cc:** Meiss, Steven E
**Subject:** FW: Telework

Larry,
You must have access to HUD systems when you telework. If you do not have access, then you "may not telework until you obtain access." If you now have access on your laptop as you have just informed me, then you must have the laptop with you when you telework. If for some reason you cannot use your laptop, then you should call the help desk and have your personal computer at home configured so that you can access HUD systems (HUDMobile). If you refuse or are unable to undertake assigned tasks while on telework, your telework privileges will be terminated.

Eleny

9/18/2013

**From:** Boss, Larry A
**Sent:** Monday, September 14, 2009 5:07 PM
**To:** Ladias, Eleny
**Cc:** Meiss, Steven E
**Subject:** RE: Telework

I was issued a Laptop by HUD, therefore, I don't need HUDMobile. The day you requested the information concerning ARRA I did not take my Laptop home because I planned on working on some other projects – you have an ARRA coordinator, why was I being asked to get this information at the last minute. You never said why you wanted this info or why the rush.

Also, my laptop was recently upgraded by IT (see Below).

Why am I being denied telework – this is harrasment?

L.Boss

---

**From:** ServiceDesk [mailto:ServiceDesk@hud.gov]
**Sent:** Wednesday, September 09, 2009 11:19 AM
**To:** Boss, Larry A
**Subject:** Request R541456 Closed

**Dear Boss, Larry A. ,**
Thank you for contacting our HelpDesk.
Your request has been assigned record number **R541456** .
Below you will find the details of your request:
Please Do Not Reply to this E-mail
**Ticket R541456 Close Notification**
**Installed CISCO VPN Client on the user's laptop and provided tech's direct number to call back if have any questions. User operational.**
**Summary**
CISCO VPN: Customer is requesting to have the Cisco VPN client installed on their HUD issued laptop.

| Affected End User | Request Area | Status |
|---|---|---|
| Boss, Larry A. | Network.WAN.VPN | Closed |
| **Reported By** | **Assignee** | **Group** |
| Ellison, Christopher D | Kim, Jung Y. | IT - NETWORK - CONNECTIVITY |

**Request Description**
CISCO VPN: Customer is requesting to have the Cisco VPN client installed on their HUD issued laptop. Customer will be in office on Sept 9, 2009 and would like to have this pushed to his HUD laptop then. Please assist.

---

**From:** Ladias, Eleny
**Sent:** Monday, September 14, 2009 4:29 PM
**To:** Boss, Larry A
**Cc:** Meiss, Steven E
**Subject:** FW: Telework

Larry,
  I noticed that you sent a message last week on Tuesday, September 8, 2009, stating that you were on telework. However, as a reminder, I sent a message to you on Thursday, July 9, 2009 , stating that you must demonstrate that you have taken the required measures to obtain access to HUDMobile, so that you can access the systems for work.  In your response message dated Thursday, July 9, 2009, you indicated that you would address this issue when you returned to the office.  Please note that you cannot telework until you have demonstrated that you have access to all required systems.  Please read all messages below.

Eleny

**From:** Boss, Larry A
**Sent:** Thursday, July 09, 2009 9:35 PM
**To:** Ladias, Eleny
**Cc:** Meiss, Steven E
**Subject:** RE: Request for Information ARRA funds

I'm on sick leave - I will address this when I return to work.

L.Boss

---

**From:** Ladias, Eleny
**Sent:** Thursday, July 09, 2009 6:15 PM
**To:** Boss, Larry A
**Subject:** Re: Request for Information ARRA funds

Larry,

I still need this information from you (see message below), so please get it to me as soon as you have access to LOCCS. As you know, I have told you in the past that if you telework you must have access to HUD Mobile so that you can access the systems that we must use for our work. Please demonstrate to me by Monday, July 20, 2009, that you have taken the required measures to obtain access to HUDMobile. If you have not obtained access to HUDMobile within this time period, you will not be allowed to telework. If you need technical assistance, please call the HUD IT help desk at **1-888-297-8689**.

Eleny

---

**From:** Boss, Larry A
**Sent:** Tuesday, July 07, 2009 2:19 PM
**To:** Ladias, Eleny
**Subject:** RE: Re: Request for Information ARRA funds

I can't get this information to you today because I'm working from my personal computer not my laptop. I cannot access LOCCS from my personal computer.

L.Boss

---

**From:** Ladias, Eleny
**Sent:** Tuesday, July 07, 2009 1:22 PM
**To:** Boss, Larry A
**Subject:** Re: Request for Information ARRA funds

Larry,
In order to monitor the ARRA grants (stimulus funding) I need for you to obtain information from LOCCs. I need to know the original grant amount, obligated and expended amounts for the housing authorities listed below:

| PHA | GRANT Amount | AMT Obligated | AMT Expended |
|---|---|---|---|
| Chicago (CHA) | | | |
| Champaign | | | |
| Alexander | | | |
| Henry County | | | |
| Greater Metro/Rock Island | | | |
| LaSalle | | | |
| Quincy | | | |
| Cook County | | | |
| Waukegan | | | |
| Joliet | | | |
| St. Clair | | | |

** Please note that this information must be sent to me by COB today. The format I supplied above is a suggested format. Please compile the information requested and send to me in an EXCEL spreadsheet. Let me know if you have any questions.

9/18/2013

## Larry A. Boss

| | |
|---|---|
| **From:** | Harvey, Izella |
| **Sent:** | Wednesday, July 22, 2009 1:30 PM |
| **To:** | Ladias, Eleny |
| **Cc:** | Harvey, Izella |
| **Subject:** | Telework memo for Boss. |

**Tracking:** Recipient    Read

Ladias, Eleny   Read: 7/22/2009 1:40 PM

Harvey, Izella

Eleny when you send this out to Boss you will also have to send a note to the union:

Union note: Please be advised that I have temporarily suspended Larry Boss' participation in the
telework program effective August 3, 2009. Mr. Boss has been requested to provide certification that
he has access to the HUDMobile that is required in order to complete work items in Public Housing.

You may send this via e-mail to Ken Brucks with return receipt and copy me on this via e-mail also. Union and employee must
get five days notice before suspension that is why I indicated August 3rd and it is the beginning of a pya period.

Boss note:  (send in regular mail with no return address.)


On _____ date, in which you were teleworking, I requested that you provide me with _____.
You responded and indicated that you could not get the information to me on that day because you were working from your personal computer
and not your lap top. You indicated that you could not access LOCCs from your personal computer.  As you are aware I have
instructed you in the past that if y ou telework you must have access to HUD Mobile so that you can access the systems that
we must use for our work   On July 9, 2009  when I had not received a response I again informed you in an e-mail message of
the requirements to be able to access the systems while on telework. You were advised in that
message to demonstrate by Monday July 20, 2009 that you have taken the required measures to obtain access to
HUDMobile. You were advised that if you have not obtained access to HUDMobile within this time period, you will not be
allowed to telework.  I have not received the requested information. Therefore effective, August 3, 2009 you are temporarily
suspended from participation in the telework program.

I understand that you have requested sick leave for an indefinite period of time and may not be able to follow through on my
request. Since I do not know at this time when you will return to work; this will serve as notice upon your return to work that
you will not be participating in telework. If you have obtained access to LOCCS please provide me with certification upon
your return and we will discuss in detail at that time to consider restoring you to telework. If you return to work prior to
August 3, 2009, and you have obtained access you must meet with me to discuss as your participation in telework will expire
on August 3. 2009.


Eleny this will be your opportunity to reiterate your requirements for telewoking  this will be the time to outline to him that
he must provide you
with what he is working on and etc. etc.

if y ou run into a problem before I return contact Ann Wright.


9/18/2013

Izella Harvey, HR Specialist
phone: 312 913-8556
fax: 312 886-7965

9/18/2013