# EXHIBIT #26

## Boss, Larry A

| | |
|---|---|
| From: | Boss, Larry A |
| Sent: | Sunday, December 27, 2009 12:55 AM |
| To: | Richardson, Elmore |
| Cc: | jfuchs@sniderlaw.com |
| Subject: | FW: Re: PHA Staff Assignments |
| Attachments: | Public Housing Authority Staff Assignments.doc |

I don't agree with this staff assignment generated by Ms. Ladias, (I'm assuming she generated this because she sent the email).
The assignments continues to show bias an prejudice and is inconsistent with HUD Policy i.e. engineers are being "phased out" at PIH(see EEO Complaint).

This being the case, then why am I presently assigned 30 HAs (FM Responsibilities). My HA assignment numbers have increased since Chester retired(2007) - shouldn't they decrease? What happened to this so call surplus of Fnancial Analyst (FA) in this office and the HUD switch to asset management? Wasn't this program being implemented to equalize the workload - make us all asset managers?

I feel this is over load work for me, especially when I handle EH&S (Exigent, Health & Safety) for all the Illinois HAs, and now the new ARRA Grants(stimulus) and reviews, and not to mention the dumping of this new assignment: processing of ACCs and environmentals - this is over whelming!

Clearly the list indicate that the assignments and workload are not being distributed fairly and equally - note how the work is distributed: a GS-14 has only 6 HAs(and one is section 8 which means no capital funding work at all). The list has also omitted some of Ms. Ladias' FAs.

Also, I need clarification on what your role as supervisor is and who determines my work assignments. Is Ms. Ladias dictating my work responsibilities? Did she also generate the ARRA Review Assignment List which I complained about as being unfair and favored certain employees? Because of the negative history that I have had with her, I find it disturbing that she is still sending me emails regarding work.

Please explain, or when you return I'd like to discuss.


Thanks,

L.Boss

---

**From:** Ladias, Eleny
**Sent:** Tuesday, December 22, 2009 2:38 PM
**To:** CHI PUBLIC HSG MGT STAFF; CHI PUBLIC HSG STAFF
**Subject:** Re: PHA Staff Assignments

Here is a new listing of staff assignments. If there are any errors, please let me or Elmore know. Thanks.

1