# EXHIBIT #27

**Boss, Larry A**

| | |
|---|---|
| From: | Boss, Larry A |
| Sent: | Friday, November 20, 2009 9:07 PM |
| To: | Richardson, Elmore |
| Subject: | FW: ARRA Monitoring Reviews and Checklists |
| Attachments: | REMOTE ARRA Monitoring.docx; ARRA Monitoring.docx |

Elmore,

Regina and I have completed the on-site reviews for Lee, Moline, and Rock Island HAs. Rock Island will re-obligate their ARRA funds and will resubmit their applications (sometime this month - they have until March 2010 to obligate all of their funds). They have discussed this with Mr. Meiss - apparently this was OK. It would have been nice to know this information before we arrived at Rock Island, nonetheless we continued the review.

Also, while reviewing the checklist for assigned HAs I found something quite disturbing: I've got six HAs assigned to me. Three on site - Lee, Moline, and Rock Island, and three remote - Randolph, Alton, and Dekalb (there are two HAs that do not appear on this list under my name). That's a total of six HAs. I thought we were all assigned four.

Is this an error, has anyone else got six (with Belinda and Gilbert being the exception) - three on site and three remote?

Whatever, the case I'd like to discuss this matter because there appears to be some inequities in the way the HAs and the onsite reviews were distributed. Obviously, I missed this. However, others, from what I understand, have had conversations regarding this.

When you return - can we meet and discuss?

Thanks,
L.Boss

---

**From:** Ladias, Eleny
**Sent:** Monday, October 19, 2009 12:40 PM
**To:** CHI PUBLIC HSG MGT STAFF; CHI PUBLIC HSG STAFF
**Cc:** Stuckemeyer, Katherine L; Ruppel, Chad
**Subject:** Re: ARRA Monitoring Reviews and Checklists

Hi everyone!!    Attached is a revised WORD document which lists the name of the staff person who will be responsible for completing the On-Site and Remote Checklists for the housing authority indicated.   The other WORD attachment contains the names of the team members for the on-site reviews.   Remember you should get started on the Remote Checklists **as soon as possible**.   We will meet to discuss the remote checklists before the end of this week.   Of course, our goal should be to complete these before the end of December (before the holidays).

Eleny

1