# EXHIBIT #28

# PIH Staff Housing Authority(HA) Assignments - 12/25/2009

| Facilities Manager | Housing Authority | HA# | |
|---|---|---|---|
| **Belinda Francisco** | | | 13 HA |
| Belinda Francisco | Alexander County | IL007 | |
| Belinda Francisco | Brown County | IL099 | |
| Belinda Francisco | Clark County | IL069 | |
| Belinda Francisco | Coles County | IL100 | |
| Belinda Francisco | Effingham County | IL062 | |
| Belinda Francisco | Ford County | IL034 | |
| Belinda Francisco | Franklin County | IL061 | |
| Belinda Francisco | Gallatin County | IL060 | |
| Belinda Francisco | Grundy County | IL027 | |
| Belinda Francisco | Jersey County | IL074 | |
| Belinda Francisco | Morgan County | IL079 | |
| Belinda Francisco | Scott County | IL073 | |
| Belinda Francisco | Vermillion County | IL036 | |
| **Cheryl Evans-Peterson** | Carroll County | IL081 | 13 HA |
| Cheryl Evans-Peterson | Cass County | IL102 | (Shares CHA) |
| Cheryl Evans-Peterson | East St. Louis HA | IL001 | |
| Cheryl Evans-Peterson | Habitat | IL802 | |
| Cheryl Evans-Peterson | Hardin County | IL066 | |
| Cheryl Evans-Peterson | Jackson County | IL053 | |
| Cheryl Evans-Peterson | Lawrence County | IL108 | |
| Cheryl Evans-Peterson | Logan County | IL040 | |
| Cheryl Evans-Peterson | Mercer County | IL131 | |
| Cheryl Evans-Peterson | Randolph County | IL052 | |
| Cheryl Evans-Peterson | Richland County | IL096 | |
| Cheryl Evans-Peterson | Rock Island County HA | IL010 | |
| Cheryl Evans-Peterson/ Dedrick Patterson | Chicago | IL002 | |
| **Donica Davis** | Alton | IL055 | 11 HA |
| Donica Davis | Bond County | IL078 | |
| Donica Davis | Danville | IL011 | |

| Name | Location | Code | Notes |
|---|---|---|---|
| Donica Davis | Decatur | IL012 | |
| Donica Davis | DeKalb County | IL089 | |
| Donica Davis | Edgar County | IL120 | |
| Donica Davis | Hamilton County | IL118 | |
| Donica Davis | LaSalle County | IL014 | |
| Donica Davis | Ogle County | IL095 | |
| Donica Davis | Springfield | IL004 | |
| Donica Davis | Wabash County | IL093 | |
| **Joseph Nemedi** | Aurora | IL090 | 15 HA |
| Joseph Nemedi | Bureau County | IL086 | |
| Joseph Nemedi | Christian County | IL038 | |
| Joseph Nemedi | Freeport | IL029 | |
| Joseph Nemedi | Fulton County | IL084 | |
| Joseph Nemedi | Granite City | IL005 | |
| Joseph Nemedi | Knox County | IL085 | |
| Joseph Nemedi | Madison County | IL015 | |
| Joseph Nemedi | Massac County | IL041 | |
| Joseph Nemedi | Peoria | IL003 | |
| Joseph Nemedi | Rock Island City | IL018 | |
| Joseph Nemedi | Saline County | IL043 | |
| Joseph Nemedi | Shelby County | IL087 | |
| Joseph Nemedi | Warren County | IL091 | |
| Joseph Nemedi | Wayne County | IL088 | |
| **Larry Boss** | Bloomington | IL051 | 30 HA |
| Larry Boss | Champaign | IL006 | |
| Larry Boss | Clay County | IL065 | |
| Larry Boss | Cook County | IL025 | |
| Larry Boss | Elgin | IL092 | |
| Larry Boss | Greene County | IL072 | |
| Larry Boss | Hancock County | IL097 | |
| Larry Boss | Henry County | IL009 | |
| Larry Boss | JoDaviess County | IL082 | |
| Larry Boss | Joliet | IL024 | |
| Larry Boss | Lake County | IL056 | |
| Larry Boss | Macoupin County | IL047 | |

| Name | Location | Code | Notes |
|---|---|---|---|
| Larry Boss | Marion City | IL126 | |
| Larry Boss | Marion County | IL057 | |
| Larry Boss | Maywood | IL054 | |
| Larry Boss | McDonough County | IL076 | |
| Larry Boss | McHenry County | IL116 | |
| Larry Boss | McLean County | IL117 | |
| Larry Boss | Menard County | IL028 | |
| Larry Boss | Montgomery County | IL037 | |
| Larry Boss | Pekin | IL044 | |
| Larry Boss | Piatt County | IL128 | |
| Larry Boss | Pike County | IL071 | |
| Larry Boss | Quincy | IL016 | |
| Larry Boss | St. Clair County | IL030 | |
| Larry Boss | Union County | IL067 | |
| Larry Boss | Waukegan | IL026 | |
| Larry Boss | Whiteside County | IL032 | |
| Larry Boss | Williamson County | IL050 | |
| Larry Boss | Winnebago County | IL083 | |
| **Mansel Freeman** | Adams County | IL046 | 13 HA |
| Mansel Freeman | Calhoun County | IL049 | |
| Mansel Freeman | Cumberland County | IL070 | |
| Mansel Freeman | DeWitt County | IL031 | |
| Mansel Freeman | Edwards County | IL080 | |
| Mansel Freeman | IHDA - Illinois Housing & Development Authority | IL901 | (Not a HA) |
| Mansel Freeman | Jefferson County | IL059 | |
| Mansel Freeman | Johnson County | IL063 | |
| Mansel Freeman | Lee County | IL035 | |
| Mansel Freeman | Livingston County | IL094 | |
| Mansel Freeman | Mason County | IL042 | |
| Mansel Freeman | North Chicago | IL107 | |
| Mansel Freeman | Perry County | IL048 | |
| Mansel Freeman | Woodford County | IL104 | |
| **Mary Polk** | Boone County | IL122 | 9 HA |

| | | | |
|---|---|---|---|
| Mary Polk | IDEO - Illinois Dept. of Economic Opportunity | IL911 | (Not a HA) |
| Mary Polk | Kankakee County | IL039 | |
| Mary Polk | Moline | IL020 | |
| Mary Polk | Oak Park | IL103 | |
| Mary Polk | Park Forest | IL136 | |
| Mary Polk | Pope County | IL058 | |
| Mary Polk | Pulaski County | IL045 | |
| Mary Polk | Rockford | IL022 | |
| Mary Polk | White County | IL068 | |
| **William Siska** | Cicero | IL130 | 6 HA |
| William Siska | DuPage County | IL101 | |
| William Siska | East Peoria | IL124 | |
| William Siska | Henderson County | IL115 | |
| William Siska | Kendall County | IL137 | |
| William Siska | Mt. Vernon | IL123 | |

110 Total Assignments
-12 Section 8 ( No Capitol Funds)

98 Total Illinois HA with Capitol Funds