**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **LARRY A. BOSS,** | ) | |
| | ) | Case No. 1: 12-cv-6007 |
| **Plaintiff**, | ) | |
| | ) | Hon. Edmond Chang |
| **v.** | ) | |
| | ) | |
| **SHAUN DONOVAN,** | ) | |
| **SECRETARY, U. S. DEPARTMENT OF** | ) | |
| **HOUSING AND URBAN DEVELOPMENT** | ) | |

## EXHIBIT LIST

1. Affidavit of Robert A. Fajardo, M.D.;

2. Affidavit of Larry Boss;

3. Letter Written by Daniel Sisbarro, M.D.;

4. Email Chain between Mr. Boss, Eleny Ladias, and Sylvia Garcia concerning Close-outs;

5. Email Sent by Ms. Ladias, with Attached Close-outs;

6. Email from Ms. Ladias to Elmore Richardson concerning Close-outs;

7. Email Chain between Mr. Boss and Ms. Ladias concerning Monitoring of the Chicago Housing Authority ("CHA");

8. Excerpts from Transcript of Hearing before AJ Deborah J. Powers: January 28, 2009 and January 29, 2010;

9. Documents Pertaining to CHA Open Grants;

10. Excerpts from Deposition of Ms. Ladias: January 12, 2011;

11. Documents Pertaining to On-Site Reviews & LOCCS Access Authorization Security Form;

12. List of Troubled Housing Authorities;

13. Housing Authority ("HA") Assignments;

14. List of HA Contacts;

15. Excerpts from Deposition of Ms. Ladias: March 6, 2013;

16. Email from Mr. Boss concerning Agency's Failure to Monitor CHA;

17. Email Exchange between Mr. Boss and Leigh Schrock concerning the CHA;

18. Email exchange between Mr. Boss, Ms. Ladias, and Steven Meiss concerning Exigent Health and Safety ("EH & S") Inspections;

19. Email from Ms. Ladias, Announcing Assignment of Larry Kobb's HAs, except for two, to Financial Staff; and Attached List;

20. Facilities Management Assignments;

21. Email Exchange between Mr. Boss and Ms. Ladias, in which Mr. Boss Sought Clarification concerning his Role with Respect to CHA;

22. Email Exchange between Mr. Boss and Ms. Ladias concerning Ms. Ladias' Failure to State her Assignment of the CHA to Mr. Boss;

23. Email from Mr. Meiss to Unabyr Wadkins concerning AJ Powers' Decision;

24. Email Exchange between Mr. Boss and Ms. Ladias concerning Medical Documentation;

25. Email Exchange between Ms. Ladias and Ms. Harvey, and between Ms. Ladias and Mr. Boss concerning Working from Home;

26. Email Exchange between Mr. Boss and Mr. Richardson concerning Assignments;

27. Email Exchange between Mr. Boss and Mr. Richardson concerning the Completion of On-Site Reviews; and Email from Ms. Ladias concerning On-Site Review Assignments;

28. PIH Staff Housing Authority Assignments;

29. Excerpts from Deposition of Mr. Richardson: January 13, 2011.

30. Excerpts from Deposition of Mr. Richardson: March 7, 2013;

31. Facilities Management Assignments;

32. Email from Ms. Ladias to Mr. Richardson, Noting the Assignment of the CHA to Mr. Boss;

33. Mr. Boss' Position Description;

34. Email between Mr. Boss and Ms. Schrock concerning Energy Performance Contracts;

35. Email from Mr. Meiss, Suspending Telework;

36. Email from Ms. Ladias to Mr. Meiss concerning Mr. Richardson's Reporting of Probable EEO Activity of both Mr. Boss and Gilbert Galinato;

37. Email from Mr. Boss to Ms. Ladias, in which Mr. Boss Disputes Ms. Ladias' Assertions concerning Close-outs;

38. Telework Program Policy Guide;

39. Performance Improvement Plan ("PIP"), upon which Mr. Boss Was Placed;

40. Email Exchange between Ms. Ladias and Ms. Harvey concerning the PIP; and Email Exchange between Ms. Ladias and Mr. Boss, in which Ms. Ladias Made False Accusations against Mr. Boss with Respect to ACC;

41. Email from Mr. Boss to Ms. Ladias, in which Mr. Boss Points out the Lack of Basis for the PIP;

42. CFP List;

43. Email Exchange between Mr. Boss and Ms. Ladias concerning the PIP;

44. Performance Appraisals from Mr. Boss from 2003 to 2006, in which Mr. Boss Received a Rating of "Highly Successful," and Performance Appraisal for Mr. Boss for 2007, in which Mr. Boss Received a "Fully Successful," before AJ Powers Ordered that Said Rating Be Changed to "Highly Successful;"

45. Email exchanges between Ms. Ladias and Ms. Harvey, and between Mr. Boss and Ms. Ladias, concerning Mr. Boss' Medical Certification and Ms. Ladias' AWOL Decision;

46. Email Exchange between Ms. Ladias and Ms. Harvey concerning a Reprimand;

47. Letter from Dr. Sisbarro;

48.  Email from Ms. Ladias to Mr. Meiss, in which Ms. Ladias Noted that Ms. Thomas Had Performed Mr. Boss' Close-outs, when Mr. Boss Was Out Sick;

49. Email from Ms. Ladias to Alease Thomas, and Email from William Spearman to Ms. Thomas, concerning the Processing of Close-outs;

50. Memorandum from Ms. Ladias to Mr. Boss, after Mr. Boss' Stroke, in which Ms. Ladias Threatened to Place Mr. Boss on AWOL;

51. Close-out Letters

52. Acknowledgement of Mr. Boss' Request for a Hearing

53. Letter Announcing the Agency's Final Order and Implementation of AJ Powers' Decision;

54. Email Exchange between Mr. Boss and Dana V. Payne concerning Ms. Ladias' Intimidation of Mr. Boss' Co-worker, Larry Kobb;

55. Medical Records of Dr. Fajardo Pertaining to Mr. Boss.

Plaintiff's papers also refer occasionally to the Decision of AJ Deborah J. Powers, dated September 23, 2009 (Dkt. #42).

Respectfully Submitted,

  s/James L. Fuchs_____
James L. Fuchs, Esq., #454514
Snider & Associates, LLC
600 Reisterstown Road, Seventh Floor
Baltimore, Maryland 21208
Telephone:  (410) 653-9060
Facsimile:  (41)) 653-9061
Attorneys for Plaintiff